**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| National Surety Corporation, | ) | |
| | ) | **ORDER FOR STATUS CONFERENCE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Stanley Black & Decker, Inc., | ) | |
| | ) | Case No. 1:20-cv-083 |
| Defendant. | ) | |

A mid-discovery status conference will be held before the magistrate judge on November 30, 2020, at 10:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 3rd day of August, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate judge
United States District Court