**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| National Surety Corporation, ) | |
| ) | |
| Plaintiff, ) | **ORDER SCHEDULING STATUS** |
| ) | **CONFERENCE RE DISCOVERY DISPUTE** |
| vs. ) | |
| ) | |
| Black & Decker (U.S.) Inc., ) | Case No. 1:20-cv-083 |
| ) | |
| Defendant. ) | |

The court shall hold a status conference re a discovery dispute with the parties by telephone on September 29, 2020, at 1:30 PM CDT. To participate in the status conference, the parties should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 22nd day of September, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court